# EXHIBIT A

| | Publisher | Title | Edition | Author | ISBN | Copyright Registration |
|---|---|---|---|---|---|---|
| 1 | Cengage | An Invitation to Social Research: How It's Done | 4 | Adler | 978-0495813293 | TX 7-285-650 |
| 2 | Cengage | Assessment in Special and Inclusive Education | 11 | Salvia | 978-0547134376 | TX 7-032-970 |
| 3 | Cengage | Becoming a Helper | 6 | Corey | 978-0495812265 | TX 7-393-935 |
| 4 | Cengage | Business Ethics | 8 | Ferrell | 978-1439042236 | TX 7-387-673 |
| 5 | Cengage | Child, Family, School, Community | 8 | Berns | 9780495603252 | TX 6-989-735 |
| 6 | Cengage | Communicating for Results | 9 | Hamilton | 978-1439036433 | TX 7-389-699 |
| 7 | Cengage | Communication Between Cultures | 7 | Samovar | 978-0495567448 | TX 7-387-668 |
| 8 | Cengage | Communication in Small Groups | 7 | Cragen | 978-0495095965 | TX 6-888-690 |
| 9 | Cengage | Comparative Politics in Transition | 6 | McCormick | 978-0495568520 | TX 7-050-200 |
| 10 | Cengage | Energy | 4 | Hinrichs | 978-0495010852 | TX 6-249-316 |
| 11 | Cengage | Essential Research Methods for Social Work | 2 | Rubin | 978-0495604372 | TX 6-564-034 |
| 12 | Cengage | Essentials of Statistics | 2 | Healey | 978-0495601432 | TX 7-545-077 |
| 13 | Cengage | Family Business | 3 | Poza | 978-0324597691 | TX 7-389-693 |
| 14 | Cengage | Gendered Lives | 9 | Wood | 978-0495794165 | TX 7-390-146 |
| 15 | Cengage | Global Politics | 10 | Kaarbo | 978-0495802648 | TX 6-867-985 |
| 16 | Cengage | Great Traditions in Ethics | 12 | Denise | 978-0495094982 | TX 6-560-224 |
| 17 | Cengage | Groups Process and Practice | 8 | Corey | 978-0495600763 | TX 7-392-312 |
| 18 | Cengage | Intercultural Communication: Reader | 12 | Samovar | 978-0495554189 | TX 6-864-616 |
| 19 | Cengage | Issues and Ethics in the Helping Professions | 8 | Corey | 978-0495812418 | TX 7-390-149 |
| 20 | Cengage | Macroeconomics | 8 | Boyes | 978-1439039076 | TX 7-389-149 |
| 21 | Cengage | Management of Electronic Media | 4 | Albarran | 978-0495569428 | TX 6-997-289 |

| | Publisher | Title | Edition | Author | ISBN | Copyright Registration |
|---|---|---|---|---|---|---|
| 22 | Cengage | Managing Human Resources | 15 | Snell | 978-0324593310 | TX 6-988-781 |
| 23 | Cengage | Marketing Strategy | 5 | Ferrell | 978-0538467384 | TX 7-247-223 |
| 24 | Cengage | Mass Media Research | 9 | Wimmer | 978-1439082744 | TX 6-150-624 |
| 25 | Cengage | Media Effects Research | 3 | Sparks | 978-0495567851 | TX 7-008-534 |
| 26 | Cengage | Modern Radio Production | 8 | Hausman | 978-0495570493 | TX 6-482-616 |
| 27 | Cengage | Nonverbal Communication in Human Interaction | 7 | Knapp | 978-0495568698 | TX 7-166-491 |
| 28 | Cengage | Public Relations Writing | 9 | Newsom | 978-1439082720 | TX 7-387-744 |
| 29 | Cengage | Research Methods for the Behavioral Sciences | 4 | Stangor | 978-0840031976 | TX 7-387-756 |
| 30 | Cengage | Research Methods in Social Work | 6 | Royse | 978-0840032270 | TX 7-389-151 |
| 31 | Cengage | Sociology: Essentials | 6 | Anderson | 978-0495812234 | TX 7-389-998 |
| 32 | Cengage | Statistics for Evidence Based Practice and Evaluation | 2 | Rubin | 978-0495602897 | TX 6-393-482 |
| 33 | Cengage | Theory, Practice, and Trends in Human Services | 4 | Neukrug | 978-0495097136 | TX 6-567-564 |
| 34 | Cengage | Writing and Reporting News | 6 | Rich | 978-0495569879 | TX 7-007-893 |
| 35 | Pearson | Abnormal Psychology | 2 | Butcher | 9780205765317 | TX 7-146-492 |
| 36 | Pearson | Applications of Reading Strategies within the Classroom | 1 | Frank | 9780205456031 | TX 6-297-608 |
| 37 | Pearson | Chemistry: The Central Science | 11 | Brown | 9780136006176 | TX 6-862-056 |
| 38 | Pearson | Collaborative Consultation in the Schools | 3 | Kampwirth | 9780131178106 | TX 6-118-575 |
| 39 | Pearson | Communicating in Small Groups | 10 | Beebe | 9780205770632 | TX 7-352-516 |
| 40 | Pearson | Communication: Making Connections | 8 | Seiler | 978-0205798742 | TX 7-132-592 |
| 41 | Pearson | Communication: Principles for a Lifetime | 4 | Beebe | 9780205609307 | TX 7-169-501 |
| 42 | Pearson | Contemporary Issues in Curriculum | 5 | Ornstein | 9780135094471 | TX 7-170-721 |
| 43 | Pearson | Countries and Concepts | 11 | Roskin | 9780205778720 | TX 7-164-277 |
| 44 | Pearson | Cross-Cultural Psychology | 4 | Shiraev | 9780205665693 | TX 7-250-304 |

| | Publisher | Title | Edition | Author | ISBN | Copyright Registration |
|---|---|---|---|---|---|---|
| 45 | Pearson | Development in Adulthood | 4 | Lemme | 9780205439645 | TX 6-173-802 |
| 46 | Pearson | Digital Communications | 2 | Sklar | 9780130847881 | TX 5-300-717 |
| 47 | Pearson | Educational Psychology | 11 | Woolfolk | 9780137144549 | TX 7-396-792 |
| 48 | Pearson | Essential Environment: The Science Behind the Stories | 4 | Withgott | 9780321715340 | TX 7-454-779 |
| 49 | Pearson | Family Communication | 8 | Galvin | 9780205718931 | TX 6-860-747 |
| 50 | Pearson | Foundations of Addictions Counseling | 2 | Capuzzi | 9780137057788 | TX 7-358-461 |
| 51 | Pearson | In Conflict and Order | 12 | Eitzen | 9780205625130 | TX 7-024-311 |
| 52 | Pearson | Intercultural Competence | 6 | Lustig | 9780205595754 | TX 7-135-632 |
| 53 | Pearson | International Business | 5 | Wild | 978-0137153756 | TX 6-970-471 |
| 54 | Pearson | Introduction to Law | 4 | Hames | 9780135024348 | TX 7-050-751 |
| 55 | Pearson | Introduction to Teaching | 4 | Kauchak | 9780137012329 | TX 6-579-854 |
| 56 | Pearson | Management | 10 | Robbins | 978-0132090711 | TX 6-929-804 |
| 57 | Pearson | Marketing Management | 13 | Kotler | 978-0136009986 | TX 6-937-152 |
| 58 | Pearson | Media Ethics | 8 | Christians | 978-0205579709 | TX 7-037-698 |
| 59 | Pearson | Microbiology | 10 | Tortora | 978-0321581952 | TX 7-350-014 |
| 60 | Pearson | Political Science | 11 | Roskin | 978-0205746927 | TX 6-986-398 |
| 61 | Pearson | Politics in States and Communities | 13 | Dye | 9780136025351 | TX 6-203-587 |
| 62 | Pearson | Public Relations | 5 | Guth | 9780205811809 | TX 7-320-260 |
| 63 | Pearson | Social Problems | 4 | Macionis | 9780205749003 | TX 6-571-285 |
| 64 | Pearson | Social Science | 14 | Hunt | 9780205702718 | TX 5-996-110 |
| 65 | Pearson | Social Work | 7 | Dubois | 9780205769483 | TX 6-813-720 |
| 66 | Pearson | Sociology Now: The Essentials | 2 | Kimmel | 978-0205731992 | TX 7-146-466 |
| 67 | Pearson | Sociology: A Down to Earth Approach - Core Concepts | 4 | Henslin | 978-0205182145 | TX 7-101-771 |

| | **Publisher** | **Title** | **Edition** | **Author** | **ISBN** | **Copyright Registration** |
|---|---|---|---|---|---|---|
| 68 | Pearson | Teach Reading Creatively | 7 | May | 9780131713796 | TX 6-185-319 |
| 69 | Pearson | Teaching and Learning with Technology | 4 | Lever-Duffy | 9780138007966 | TX 6-597-772 |
| 70 | Pearson | The Cross Cultural Language... | 4 | Diaz-Rico | 9780137154098 | TX 6-239-499 |
| 71 | Pearson | The Essential Elements of Public Speaking | 4 | DeVito | 9780205753697 | TX 7-314-468 |
| 72 | Pearson | The Interpersonal Communication Book | 12 | DeVito | 9780205625703 | TX 7-013-072 |
| 73 | Pearson | The Police: An Introduction | 4 | Lyman | 9780135005668 | TX 6-976-006 |
| 74 | Pearson | Thinking Through Communication | 6 | Trenholm | 9780205688098 | TX 7-132-743 |
| 75 | Pearson | Understanding Human Development | 2 | Craig | 9780205753079 | TX 6-378-518 |
| 76 | Pearson | Understanding Psychology | 9 | Morris | 978-0205769063 | TX -715-7400 |
| 77 | Pearson | Understanding the Political World | 10 | Danziger | 978-0205778751 | TX 7-157-167 |
| 78 | Pearson | Writing Fiction | 8 | Burroway | 9780205750344 | TX 7-219-323 |
| 79 | Wiley | Marketing Mistakes and Successes | 11 | Hartley | 978-0470169810 | TX 7-309-916 |