UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOHN WILEY & SONS, INC., CENGAGE LEARNING, INC., and PEARSON EDUCATION, INC.,<br><br>   Plaintiffs,<br><br>  v.<br><br>BOOK DOG BOOKS, LLC and PHILIP SMYRES,<br><br>   Defendants. | Case No. 1:13-cv-00816 (WHP) (GWG)<br><br>Judge William H. Pauley III<br><br>Magistrate Judge Gabriel W. Gorenstein |

**PLAINTIFFS' NOTICE OF MOTION FOR
SANCTIONS FOR SPOLIATION**

Pursuant to leave granted by the Court at the October 10, 2014 Interim Pretrial Conference before Magistrate Judge Gorenstein (*See* Minute Entry on 10/10/14), Plaintiffs John Wiley & Sons, Inc., Cengage Learning, Inc., and Pearson Education, Inc. hereby move this Court for Sanctions against Defendants, Book Dog Books, LLC and Philip Smyres, for the spoliation of relevant evidence in this case.  In support thereof, Plaintiffs submit the accompanying Memorandum in Support and the Declaration of Julie C. Chen.

Dated:  October 31, 2014    Respectfully submitted,

    OPPENHEIM + ZEBRAK, LLP

    By: /s/ *Matthew J. Oppenheim*
        Matthew J. Oppenheim
        Julie C. Chen

2

OPPENHEIM + ZEBRAK, LLP
5225 Wisconsin Avenue NW
Suite 503
Washington, DC 20015
(202) 480-2999 Telephone
(866) 766-1678 Facsimile
matt@oandzlaw.com
julie@oandzlaw.com

*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on today's date I caused a copy of the foregoing, Plaintiffs' Motion for Sanctions for Spoliation, along with its accompanying Memorandum in Support, Declaration, and Exhibits to the Declaration, to be served via email on the following counsel of record:

Neil B. Mooney
The Mooney Law Firm, LLC
1911 Capital Circle N.E.
Tallahassee, FL 32308
(850) 893-0670
nmooney@customscourt.com

Janice Berkowitz
Ahmuty, Demers & McManus
200 I.U. Willets Road
Albertson, NY 11507
(516) 535-1887
janice.berkowitz@admlaw.com

Tiffany C. Miller
Bailey Cavalieri LLC
10 West Broad Street, Suite 2100
Columbus, OH 43215-3422
(614) 229-3211
tiffany.miller@baileycavalieri.com

Dated:  October 31, 2014

                                                  */s/ Susan T. Seutter*
                                                  Susan T. Seutter