UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF THE STATE OF NEW YORK

| | |
|---|---|
| JOHN WILEY & SONS, INC., CENGAGE LEARNING, INC., PEARSON EDUCATION, INC. AND ELSEVIER, LTD.<br><br>               Plaintiff,<br><br>-against-<br><br>BOOK DOG BOOKS, LLC AND PHILIP SMYRES,<br><br>               Defendant. | Civil Action No.: 1:13-cv-00816-WHP-GWG<br><br>**NOTICE OF APPEARANCE** |

     **PLEASE TAKE NOTICE** that White and Williams LLP hereby appears on behalf of intervenor Westfield Insurance Company.

Date:  November 25, 2015          Respectfully submitted,

_____
Rafael Vergara, Esq.
White and Williams LLP
7 Times Square, Suite 2900
New York, NY 10036
Phone: 212-244-9500
E-mail: vergarar@whiteandwilliams.com
*Attorneys for intervenor Westfield Insurance Company*

16306019v.1