# BAILEY CAVALIERI LLC
ATTORNEYS AT LAW

One Columbus   10 West Broad Street, Suite 2100   Columbus, Ohio  43215-3422
telephone 614.221.3155   facsimile 614.221.0479
www.baileycavalieri.com

Direct Dial:  614.229.3211
Email: Tiffany.Miller@BaileyCavalieri.com

November 30, 2015

<u>Via ECF and Fax</u>
The Honorable Gabriel W. Gorenstein
United States District Court
500 Pearl Street
New York, NY 10007

Re:   *John Wiley & Sons, Inc. v. Book Dog Books, LLC*, 1:13-cv-00816-WHP-GWG

Your Honor:

This letter is sent under your Individual Practices Rule 2.B. to notify the Court of extensions of briefing deadlines relating to two pending motions to intervene filed by The Netherlands Insurance Company and Westfield Insurance Company (the "Motions"). (Docket Nos. 324, 327.)

Counsel for all the parties and for both intervenors have conferred and all have stipulated that the deadline for filing oppositions to the Motions be extended from Dec. 2, 2015 to Dec. 9, 2015 and the deadline for filing reply papers be extended from Dec. 16, 2015 to Dec. 23, 2015. The reason for the extension is that, because of the press of business and private obligations during this busy holiday period, a short amount of additional time to prepare these briefs is needed. The extensions alter the briefing schedule by only seven days.

        Respectfully Submitted,

        *Tiffany C. Miller*

        Tiffany C. Miller

cc:   Timothy D. Kevane, Esq. (counsel for The Netherlands Insurance Company)
      Jaime M. Merritt, Esq. (counsel for Westfield Insurance Company)
      Matthew J. Oppenheim, Esq. (counsel for Plaintiffs)