UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOHN WILEY & SONS, INC., et al., <br><br> Plaintiffs, <br><br> -against- <br><br> BOOK DOG BOOKS, LLC, et al., <br><br> Defendants. | Case No: 13-cv-816 (WHP) (GWG) <br><br> **NOTICE OF APPEARANCE** |

**PLEASE TAKE NOTICE THAT** Evan Mandel of Mandel Bhandari LLP hereby appears on behalf of Defendants Book Dog Books, LLC and Philip Smyres.

DATED:   New York, New York
         December 2, 2015

                              MANDEL BHANDARI LLP

                         By:  /s/ Evan Mandel
                              Evan Mandel (em@mandelbhandari.com)
                              80 Pine Street, 33rd Floor
                              New York, New York 10005
                              Office: (212) 269-5600
                              Fax:    (646) 969-6667

                              *Attorneys for Defendants Book Dog Books, LLC
                              and Philip Smyres*