UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOHN WILEY & SONS, INC., et al.,

       Plaintiffs,

-against-

BOOK DOG BOOKS, LLC, et al.,

       Defendants.

Case No: 13-cv-816 (WHP) (GWG)

**NOTICE OF APPEARANCE**

**PLEASE TAKE NOTICE THAT** Robert Glunt of Mandel Bhandari LLP hereby appears on behalf of Defendants Book Dog Books, LLC and Philip Smyres.

DATED:    New York, New York
             December 2, 2015

                        MANDEL BHANDARI LLP

           By:   /s/ Robert Glunt
                  Robert Glunt (glunt@mandelbhandari.com)
                  80 Pine Street, 33rd Floor
                  New York, New York 10005
                  Office: (212) 269-5600
                  Fax:    (646) 969-6667

                  *Attorneys for Defendants Book Dog Books, LLC and Philip Smyres*