UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF THE STATE OF NEW YORK

| | |
|---|---|
| JOHN WILEY & SONS, INC., CENGAGE LEARNING, INC., PEARSON EDUCATION, INC. AND ELSEVIER, LTD., <br><br> Plaintiff, <br><br> v. <br><br> BOOK DOG BOOKS, LLC AND PHILIP SMYRES, <br><br> Defendants. | CIVIL ACTION NO. 1:13-cv-00816 – (WHP)(GWG) <br><br> Judge William H. Pauley III <br><br> Magistrate Judge Gabriel W. Gorenstein |

## DECLARATION OF EVAN MANDEL

I, Evan Mandel declare under penalty of perjury and pursuant to 28 U.S.C. § 1746 that the following is true and correct:

1. I am a member of Mandel Bhandari LLP, counsel for Defendant in this action. I submit this declaration in opposition to the Motions to Intervene brought by The Netherlands Insurance Company and Westfield Insurance Company. I have personal knowledge of the facts set forth herein and, if called as a witness, I could and would testify competently hereto.

2. Attached hereto are true and correct copies of the following documents:

| Exhibit | Description |
|---|---|
| Exhibit A | Civil Docket Sheet for *Phelps, et al. v. Lengyel, et al.*, No. 4:01-cv-01365-PCE (N.D. Ohio). |
| Exhibit B | Civil Docket Sheet for *Phelps, et al. v. Lengyel, et al.*, No. 4:01-cv-01366-PCE (N.D. Ohio). |

Dated:  December 9, 2015

/s/ Evan Mandel
Evan Mandel

1