

**Ingrid He**

7 Times Square, Suite 2900 | New York, NY 10036-6524
Direct 646.837.5756 | Fax 212.631.4434
hei@whiteandwilliams.com | whiteandwilliams.com


January 15, 2016


**By ECF and Facsimile (212) 805-4268**

The Honorable Gabriel W. Gorenstein
United States Magistrate Judge
United States District Court
500 Pearl Street, Courtroom 6B
New York, NY 10007

RE:   **John Wiley & Sons, Inc. et al. v. Book Dog Books, LLC et al.
         Civil Action No. 1:13-cv-00816 (WHP)(GWG)**

Dear Judge Gorenstein:

This office represents Westfield Insurance Company (Westfield), an insurance carrier for defendants Book Dog Books, LLC and Philip Smyres in the above referenced matter.  Pursuant to Your Honor's Individual Practices, please be advised that Westfield's Motion to Intervene has been fully submitted.

A courtesy copy of the complete set of motion papers is being forwarded to your office by Federal Express Overnight mail.

Respectfully yours,
WHITE AND WILLIAMS LLP

Ingrid He
**cc: All counsel (via ECF)**