UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
                                               :

JOHN WILEY & SONS, INC., *et al.*,         :

                                               :            13cv816

                       Plaintiffs,            :
         - against -

BOOK DOG BOOKS, LLC, *et al.*,           :

                       Defendants.     :
------------------------------------X

------------------------------------X

CENGAGE LEARNING, INC., *et al.*,      :

                                           :            16cv7123

                       Plaintiffs,           :
         - against -

BOOK DOG BOOKS, LLC, *et al.*,           :

                       Defendants.     :
------------------------------------X

<u>ORDER</u>

WILLIAM H. PAULEY III, District Judge:

        For the reasons stated on the record at the final pre-trial conference on March 16, 2018, Defendants' Second Motion <u>in Limine</u> is denied in part and otherwise reserved for trial.

The Clerk of Court is directed to terminate the motions pending at ECF Nos. 387 and 390.

Dated: March 19, 2018
      New York, New York

SO ORDERED:

_____
WILLIAM H. PAULEY III
U.S.D.J.