

Corey Miller
5225 Wisconsin Avenue NW, Suite 503
Washington, DC 20015
202.597.5043
corey@oandzlaw.com

May 24, 2018

<u>Via ECF</u>
The Honorable William H. Pauley III
United States District Court
500 Pearl Street
New York, NY 10007



Re: *John Wiley & Sons, Inc. v. Book Dog Books*, **LLC, 1:13-cv-00816;**
*Cengage Learning, Inc. v. Book Dog Books, LLC,* **1:16-cv-7123**

Dear Judge Pauley:

On behalf of Plaintiffs in the above-referenced actions, we write to request leave to submit a Memorandum of Law of up to 40 pages in opposition in Defendants' post-trial motions. (ECF No. 428.) Defendants do not object to Plaintiffs' request.

A Memorandum of Law in excess of the Court's standard page limit is necessary. Defendants' motions raise twelve discrete issues requiring response, including several challenges to the sufficiency of the evidence that require significant explication in detail of the evidence adduced at trial. Defendants were also granted leave to submit a Memorandum of Law not exceeding 40 pages. (ECF No. 425.) Accordingly, Plaintiffs request leave to do so as well.

Respectfully submitted,

*/s/ Corey Miller*
Corey Miller

cc: All attorneys via ECF

Application granted.

Dated: May 24, 2018
New York, New York

SO ORDERED:

WILLIAM H. PAULEY III
U.S.D.J.