## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CENGAGE LEARNING, INC., MCGRAW-HILL GLOBAL EDUCATION HOLDINGS, LLC, and PEARSON EDUCATION, INC., | Case No. 1:16-cv-07123 (WHP) (GWG) |
| Plaintiffs, | Judge William H. Pauley III |
| v. | |
| BOOK DOG BOOKS, LLC d/b/a TEXTBOOKRUSH and TEXTBOOKSRUS, APEX MEDIA, LLC, AND ROBERT WILLIAM MANAGEMENT, LLC, | |
| Defendants. | |
| JOHN WILEY & SONS, INC., CENGAGE LEARNING, INC., and PEARSON EDUCATION, INC., | Case No. 1:13-cv-00816 (WHP) (GWG) |
| Plaintiffs, | Judge William H. Pauley III |
| v. | |
| BOOK DOG BOOKS, LLC and PHILIP SMYRES, | |
| Defendants. | |

## MODIFICATION TO THE  FINAL JUDGMENT AND
## PERMANENT INJUNCTION

The Court, having considered the Parties' joint request to modify the Final Judgment and Permanent Injunction entered on August 17, 2018 (the "Judgment"), **ORDERS** that Paragraph 5(c) of the Judgment shall be modified to read as follows:

    5) The Enjoined Parties shall:

        (c)     Not utilize any device or contrivance for the purpose of or with the effect of circumventing or otherwise avoiding any prohibitions set forth in any of this order, this Final Judgment and Permanent Injunction, or any associated judgment.

On this \_\_\_16\_\_\_ day of \_\_\_\_\_January\_\_\_\_\_, 2019

SO ORDERED:

_____
WILLIAM H. PAULEY III
U.S.D.J.

2