

N.Y.S.D. Case #
13-cv-0816(WHP)

# UNITED STATES COURT OF APPEALS
## FOR THE
## SECOND CIRCUIT

_____

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 22nd day of January, two thousand and nineteen,

_____

| | |
|---|---|
| John Wiley & Sons, Inc., Cengage Learning Inc., Pearson Education, Inc., | **ORDER**<br>Docket Nos. 18-2723, 18-2726 |

Plaintiff - Appellees,

v.

Book Dog Books, LLC, DBA Textbooks RUs, DBA TextbookRush, Philip Smyres,

Defendant - Appellants,

1401 West Goodale, LLC, 999 Kinnear, LLC, Academico CentroAmericano. S.A., Anaid Holdings, LLC, Apex Commerce, Inc., Apex Commerce, LLC, Book Dog Books, LLC (FL), Bookeagle.com, LLC, Books for Coco, LLC, Bookstores.com, LLC, Cal Text Books, Inc., GEKR Holdings, LLC, K12 Book Services, Inc., FKA K12 Book Source, Inc., Mandolin Imports, LLC, Oliveford Limited, Robert William Holdings, LLC, Robert William Intermediate Holdings Doppelganger, LLC, Robert William Intermediate Holdings, LLC, RW Europe, Inc., SPL Management, LLC, SRockPaper Imports, Inc.,

Non-Party-Appellants.

_____

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: Jan 22 2019

The parties in the above-referenced case have filed a stipulation withdrawing this appeal pursuant to FRAP 42.

**MANDATE ISSUED ON 01/22/2019**

The stipulation is hereby "So Ordered".

For The Court:

Catherine O'Hagan Wolfe,
Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit